UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Nicole Roth,<br><br>Plaintiff,<br><br>vs.<br><br>Frank Bisignano,<br><br>Defendant. | Case No. CV-26-94-M-WWM-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security.

Dated this 25th day of August, 2026

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Deputy Clerk